IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER and<br>LARRY KING, etc., | )<br>)<br>) |
| Plaintiffs, | ) |
| | )   CIVIL ACTION NO. |
| v. | )      2:07cv425-MHT |
| | ) |
| MERIDIAN I.Q. SERVICES,<br>INC., d/b/a MERIDIAN I.Q., | )<br>) |
| | ) |
| Defendant. | ) |

### ORDER

It is ORDERED that plaintiffs' motion for a hearing on preliminary injunction (Doc. No. 2) is treated as both a motion for hearing and a motion for preliminary injunction.

It is further ORDERED as follows:

(1) The motion for hearing is granted.

(2) The motion for preliminary injunction is set for hearing on June 14, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse

Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

(3) The parties are to file pre-hearing briefs by no later than June 12, 2007.

(4) The plaintiffs are to arrange for personal service of this order on defendant forthwith.

DONE, this the 21st day of May, 2007.

                            /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**