| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9845 1356 8893<br><br>3. Service Type  **CERTIFIED MAIL**<br>4. Restricted Delivery? *(Extra Fee)*  ☒ Yes<br>1. Article Addressed to:<br><br>**MERIDIAN I.Q. SERVICES, INC.**<br>**(dba MERIDIAN I.Q.)**<br>**C/O THE CORPORATION COMPANY**<br>**2000 INTERSTATE PARK DRIVE**<br>**SUITE 204**<br>**MONTGOMERY, ALABAMA 36109** | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by *(Please Print Clearly)*  B. Date of Delivery<br>The Corporation Company   5-17-07<br>C. Signature<br>X The Corporation Company  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv425<br>s+c |

PS Form 3811, January 2005    Domestic Return Receipt