IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated | ) ) ) ) | |
| PLAINTIFFS, | ) ) ) | CIVIL ACTION NO. 2:07-CV-425-MHT |
| v. | ) ) | |
| MERIDIAN IQ SERVICES, INC. (dba MERIDIAN I.Q.), | ) ) ) | |
| DEFENDANT. | ) | |

## MOTION TO ADMIT CATHRYN L. BLAINE *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), T. Matthew Miller, a member in good standing of the Bar of this Court, moves the Court for an order admitting Cathryn L. Blaine *pro hac vice* for the purpose of representing Defendant Meridian IQ ("MIQ") in all proceedings in this action before this Court. As grounds for this motion, T. Matthew Miller represents and says as follows:

1. Cathryn L. Blaine, a member in good standing of the Bar of the State of Texas. Attached hereto as Exhibit A is a Certificate in Good Standing from the U.S. District Court for the Southern District of Texas on behalf of Cathryn L. Blaine. Cathryn L. Blaine is a resident citizen of Texas and regularly practices law in Texas.

2. Cathryn L. Blaine and the firm of Fulbright & Jaworski, L.L.P. regularly and routinely represent the interests of MIQ and the represented defendant desires her appearance and active participation in this case.

3. Cathryn L. Blaine acknowledges and understands that she has submitted to the disciplinary jurisdiction of this Court and represents that she has or will read the local rules of this Court.

Accordingly, T. Matthew Miller respectfully requests that Cathyrn L. Blaine be admitted *pro hac vice* upon payment of the prescribed fee to the Clerk of the Court.

> Respectfully submitted,
> s/ T. Matthew Miller
> T. Matthew Miller (ASB-2129-I66T)
> One of the Attorneys for Defendant

OF COUNSEL:
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 488-6243
Email: mmiller@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Wilson Daniel Miles, III
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Larry A. Golston
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

## CERTIFICATE OF SERVICE

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

/s/ T. Matthew Miller

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § 
SOUTHERN DISTRICT OF TEXAS § 
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Cathryn L. Blaine,** Federal ID No. **601190,** was duly admitted to practice in said Court on **October 12, 2005** and is in good standing as a member of the bar of said Court.

Dated May 30, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
L. Filmore
Attorney Admissions Clerk