**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 6, 2007

## NOTICE OF DEFICIENCY

**To:** Attorney

**From:** Clerk's Office

**Case Style:** Vandiver et al v. Meridian I.Q. Services, Inc.

**Case Number:** 2:07-cv-00425-MHT

**Referenced Pleading:** Motions to appear pro hac vice

**Docket Entry # 7, 8, 9, & 10**

**Notice is hereby given that the referenced deficient pleading was filed on June 5, 2007 in the above-styled case. The listed deficiency must be corrected within 10 days from the date of this notice:**

**You filed a motion to appear pro hac vice for Shauna Clark, Kelley Edwards, Carolanda Bremond, Cathryn Blaine on June 5, 2007, however, the filing fee of $20.00 per admission was not paid.**

**Please forward a total fee of $80.00 by firm check, cashier's check or money order to the Clerk's Office as soon as possible.**

*__DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.__*