# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated, § § § § | |
| Plaintiffs, § | |
| vs. § § | Civil Action No. 2:07 CV 425-MHT |
| MERIDIAN I.Q. SERVICES INC. d/b/a MERIDIAN IQ, § § § § | |
| Defendant. § § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Charles A. Stewart III and Angela R. Rogers, hereby give notice of appearance as additional counsel for **Meridian I.Q. Services Inc. d/b/a Meridian IQ,** a Defendant in this cause, and ask that the Court and all parties serve copies of all pleadings, orders, discovery, and other documents at the below address:

> Charles A. Stewart III (STE067)
> Angela R. Rogers (RAI017)
> **Bradley Arant Rose & White LLP**
> The Alabama Center for Commerce
> 401 Adams Avenue, Suite 780
> Montgomery, AL 36104

Dated this the 6th day of June, 2007.

> Respectfully submitted,
>
> s/ Charles A. Stewart III
> _____
> Charles A. Stewart, III (STE067)
> Angela R. Rogers (RAI017)

        **Bradley Arant Rose & White LLP**
        Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701

        -and-

        T. Matthew Miller, Esq.
        **Bradley Arant Rose & White LLP**
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, Alabama 35203
        (205) 521-8303 (telephone)
        (205) 488-6303 (facsimile)

        **Attorneys for Meridian I.Q. Services Ind. d/b/a Meridian IQ**

**Of Counsel**
Shauna Johnson Clark*
Cathryn L. Blaine*
Carolanda Bremond*
Kelley Edwards*
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

*Motions for admission pro hac vice filed*

CERTIFICATE OF SERVICE

  I hereby certify that on June 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing to the following:

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Wilson Daniel Miles, III
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Larry A. Golston
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160


and I hereby certify that I have mailed by United States Postal Service the document to the following non-AlaFile participants:

  None.

                s/ Charles A. Stewart III
                Of Counsel