IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAVARIS VANDIVER and       )
LARRY KING, etc.,          )
                           )
    Plaintiffs,            )
                           )    CIVIL ACTION NO.
    v.                     )     2:07cv425-MHT
                           )
MERIDIAN I.Q. SERVICES,    )
INC., d/b/a MERIDIAN I.Q., )
                           )
    Defendant.             )
```

### ORDER

It is ORDERED that the motions for admission pro hac vice (Doc. Nos. 7, 8, 9, and 10) are granted.

DONE, this the 6th day of June, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE