IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br><br>MERIDIAN I.Q. SERVICES, INC. (d.b.a MERIDIAN IQ),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. :<br>) 2:07-cv-00425-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION

The Plaintiffs and Defendant, by and through their respective counsel, hereby jointly stipulate that Defendant Meridian IQ Services Inc., d/b/a Meridian IQ ("MIQ"), has withdrawn its Separation Agreement and Release ("Release Agreement") previously provided to its non-managerial employees at its Montgomery, Alabama facility. In addition, Defendant stipulates and/or agrees that it has not already entered into the Separation Agreement and Release with non-managerial employees at the Montgomery, Alabama facility and that it will not seek to enter into said agreement with non-managerial employees of the Montgomery, Alabama facility during the pendency of this litigation. Any Separation Agreement and Release ("Release Agreement") that may have been signed by a non-managerial employee or person determined by the Court to have performed work not exempt from FLSA requirements employed at the Defendant's Montgomery, Alabama facility will be deemed void.

In addition, Plaintiffs agree to withdraw their Motion for Hearing on Preliminary

Injunction filed on or about May 15, 2007 as the issues raised in Plaintiffs' request for Preliminary Injunction have become moot.

Done this ___8th___ day of June, 2007.

Larry A. Golston, Jr.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

Shauna Johnson Clark
Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151

2