**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JAVARIS VANDIVER, LARRY KING,** ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **MERIDIAN I.Q. SERVICES, INC.** ) <br> **(d.b.a MERIDIAN I.Q.),** ) <br> ) <br>     Defendant. ) | **CIVIL ACTION NO. :** <br> **2:07-cv-00425-MHT** |

## MOTION TO WITHDRAW MOTION FOR HEARING
## ON PRELIMINARY INJUNCTION

COME NOW Plaintiffs, Javaris Vandiver and Larry King, and respectfully request to withdraw their Motion for Hearing on Preliminary Injunction filed, on or about May 15, 2007 and move this Honorable Court for an Order stating the Motion is Moot. In support of this motion, Plaintiffs show as follows:

1. The parties have been able to reach an agreement regarding the Preliminary Injunction. In light of this agreement; Plaintiffs request that their motion for hearing be withdrawn. (See Joint Stipulation filed on June 8, 2007).

**WHEREFORE**, premises considered, Javaris Vandiver and Larry King, respectfully move this Court for an order withdrawing the Motion for Hearing on Preliminary Injunction.

1

2

        By:    /s/ Larry A. Golston Jr._____
                Larry A. Golston, Jr.
                BEASLEY, ALLEN, CROW,
                METHVIN, PORTIS & MILES, P.C
                272 Commerce Street
                Montgomery, Alabama 36104
                Telephone:  (334) 269-2343
                Facsimile:  (334) 954-7555
                Email: larry.golston@beasleyallen.com
                Larry A. Golston Jr., Esq.

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

By:   /s/ Larry A. Golston Jr.
      Larry A. Golston, Jr.

Charles A. Stewart, III
T. Matthew Miller
**BRADLEY, ARANT, ROSE**
 **& WHITE, LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8303 (telephone)
(205) 488-6303 (facsimile)

Shauna Johnson Clark
Cathryn L. Blaine
Carolanda Bremond
Kelley Edwards
**FULBRIGHT & JAWORSKI, LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095
(713) 651-5151 (telephone)
(713) 651-5246 (facsimile)

3