IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAVARIS VANDIVER and | ) | |
| LARRY KING, etc., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv425-MHT |
| | ) | |
| MERIDIAN I.Q. SERVICES, | ) | |
| INC., d/b/a MERIDIAN I.Q., | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 17) is granted.

(2) The motion for preliminary injunction (Doc. No. 2) is withdrawn, and the hearing set for June 14, 2007, is canceled.

DONE, this the 11th day of June, 2007.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE