IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAVARIS VANDIVER, LARRY KING,** ) <br> **on behalf of themselves and all others** ) <br> **similarly situated,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **MERIDIAN I.Q. SERVICES, INC.** ) <br> **(d.b.a MERIDIAN I.Q.),** ) <br> ) <br>     **Defendant.** ) | **CIVIL ACTION NO. :** <br> **2:07-cv-00425-MHT** |

**REPORT OF PARTIES PLANNING MEETING**

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on June 13, 2007 via telephone conference call and was attended by:

    Larry A. Golston, Jr., for plaintiffs, Javaris Vandiver and Larry King

    Shauna Johnson Clark, for defendant Meridian I.Q. Services, Inc., d/b/a Meridian I.Q.

2. Pre Discovery Disclosures. The parties will exchange by *July 27, 2007*, the information required by Federal Rules of Civil Procedure 26(a)(1).

3. Discovery Plan. The Plaintiff proposes the following discovery plan:

(a) Discovery will be needed on the following subjects:

The Plaintiff's claims, the Defendant's defenses, and any further pleadings which may be allowed by the Court.

(b) All discovery shall be completed on or before April 25, 2008.

(c) Maximum of forty (40) interrogatories by each party to any other party. Responses due 30 days after service.

(d) *The Parties will take the depositions of other parties and each parties' fact witnesses as needed or determined*.

(e) Each deposition shall be limited to a maximum of seven (7) hours unless extended by agreement of parties.

(f) Reports from retained experts under Federal Rules of Civil Procedure Rule 26(a)(2) are due:

> From the Plaintiff by *February 8, 2008*
>
> From the Defendant by *March 14, 2008*

(g) Supplementations under Federal Rules of Civil Procedure 26(e) are due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional correct information has not otherwise been made known to other parties in the discovery process or in writing.

(h) In the event additional claimants are allowed to opt-in to this case, as a result of certification or otherwise (which Defendant opposes), the parties would anticipate requesting a modification of this Report and any subsequent Scheduling Order.

(i) Disclosure or discovery of electronically store information ("ESI") should be handled as follows: Discoverable ESI is to be produced by the parties in either PDF or hardcopy format, to enable the parties to exchange discoverable information without undue burden or costs. A requesting party may obtain relevant and non-privileged ESI in a format other than PDF or hardcopy only upon agreement by the parties or a showing of substantial need to the Court for such ESI in the other format.

4.  Other Items.

(a)  The parties request a pretrial conference in <u>May 9, 2008</u>

(b)  The parties shall file any motions to amend pleadings and/or to add parties by <u>October 15, 2007.</u>  Should collective action status be granted in this case, and the Court establish a scheduling order for adding opt-in plaintiffs to the case, the Court's scheduling order establishing a deadline for amendment to the pleadings will govern instead of the foregoing deadline.

(c)  All dispositive motions shall be filed by <u>January 25, 2008</u>.

(d)  The parties will evaluate settlement possibilities on a continuing basis.  They will conduct a face-to-face settlement conference on or before <u>December 14, 2007</u>.  The Plaintiff will file a "Notice Concerning Settlement Conference and Mediation" within five days (5), thereafter.

(e)  Final lists of witnesses and exhibits under Federal Rules of Civil Procedure 26(a)(3) should be due:

    from Plaintiff by <u>April 25, 2008</u>

    from Defendants by <u>April 25, 2008.</u>

(f)  Parties should have until fifteen days before trial to list objections under Federal Rules of Civil Procedure 26(a)(3).

Respectfully submitted this 9th day of July 2007.

/s/ Larry A. Golston Jr.
Larry A. Golston, Jr.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C
272 Commerce Street
Montgomery, Alabama 36104
Telephone:  (334) 269-2343
Facsimile:  (334) 954-7555

/s/ Shauna Johnson Clark_____
Shauna Johnson Clark
FULBRIGHT & JAWORSKI, LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095
(713) 651-5151 (telephone)
(713) 651-5246 (facsimile)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

By:   /s/ Larry A. Golston Jr._____
      Larry A. Golston, Jr.

Shauna Johnson Clark
FULBRIGHT & JAWORSKI, LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095
(713) 651-5151 (telephone)
(713) 651-5246 (facsimile)