IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAVARIS VANDIVER, LARRY KING,** on behalf of themselves and all others similarly situated, ) ) ) ) **Plaintiffs,** ) ) vs. ) ) **MERIDIAN I.Q. SERVICES, INC.** **(d.b.a MERIDIAN I.Q.),** ) ) ) **Defendant.** ) | **CIVIL ACTION NO.** **2:07-cv-00425-MHT** |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Javaris Vandiver and Larry King, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

These parties are individuals and are not aware of any reportable relationships.

By:  /s/ Larry A. Golston Jr.
     Larry A. Golston, Jr.

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email: larry.golston@beasleyallen.com

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on July 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

               By: /s/ Larry A. Golston Jr._____
                  Larry A. Golston, Jr.


Charles A. Stewart, III
T. Matthew Miller
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8303 (telephone)
(205) 488-6303 (facsimile)

Shauna Johnson Clark
Cathryn L. Blaine
Carolanda Bremond
Kelley Edwards
FULBRIGHT & JAWORSKI, LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095
(713) 651-5151 (telephone)
(713) 651-5246 (facsimile)
*Admitted pro hac vice*