## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated ) ) ) ) | |
| PLAINTIFFS, ) ) | CIVIL ACTION NO. 2:07-CV-425-MHT |
| v. ) ) | |
| MERIDIAN IQ SERVICS, INC. (dba MERIDIAN I.Q.), ) ) ) | |
| DEFENDANT. ) | |

**FIRST AMENDED CORPORATE/CONFLICT
DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following first amended disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

*The following entities are hereby reported:*

YRC Logistics         (current name of Defendant)

Meridian IQ           (former name of Defendant)

YRC Worldwide Inc.    (Parent corporation)

1/1570051.1

- 2 -

                                    Respectfully submitted,


                              /s/ T. Matthew Miller
                                    Charles A. Stewart, III
                                    T. Matthew Miller
                                    Angie R. Rogers
                                    Attorneys for Defendant

<u>OF COUNSEL</u>
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Alabama Center for Commerce
401 Adams Avenue Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Shauna Johnson Clark, *Pro Hac Vice*
Cathryn Lynn Blaine, *Pro Hac Vice*
Carolanda Bremond, *Pro Hac Vice*
Kelley Edwards, *Pro Hac Vice*
Fulbright & Jaworksi, L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Wilson Daniel Miles, III
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Larry A. Golston
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

/s/ T. Matthew Miller