IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MERIDIAN I.Q. SERVICES, INC. (d.b.a MERIDIAN I.Q.), <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:07-cv-00425-MHT |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND ADD PARTIES

COMES NOW the Plaintiffs, by and through their undersigned counsel, and request this Honorable Court to allow them to amend the Complaint to add additional parties and legal theories. As grounds for this Motion, the Plaintiffs state the following:

1. Since the filing of the original Complaint Deshawn Bailey, Preston Traylor, and Kelvin Jones have expressed interest about becoming a party Plaintiff.

2. Deshawn Bailey, Preston Traylor, and Kelvin Jones have executed consent notices, filed contemporaneously with this request.[1]

3. Additionally, pleadings and limited discovery filed and/or conducted following the filing of the original complaint has indicated the need for additional legal claims that arose out of the same conduct, transaction, and/or occurrences set forth in the original complaint as well as the need to add an additional Defendant. Specifically, in its answer the Defendant has categorically denied the failure to properly pay overtime to the Plaintiffs and others similarly situated. However, Plaintiffs have evidence that supports

---
[1] See Exhibits 1-3, Consents to Become A Party Plaintiff.

1

their claims that overtime was not properly paid. Consequently, Plaintiffs seek to add common law claims concerning their failure to receive overtime pay in addition to their FLSA claims. Also, discovery has revealed that the Defendant has undergone a name change (Meridian I.Q. is now known as YRC Logistics). Thus, Plaintiffs seek to add YRC Logistics to this lawsuit.

    4.    No party will be prejudiced by the amendments proposed above.

WHEREFORE, for the foregoing reasons, the Plaintiffs respectfully request that this Court allow them to amend this complaint to add Deshawn Bailey, Preston Traylor, and Kelvin Jones as additional party plaintiffs, to add common law claims arising from the same conduct, transaction, and/or occurrences set forth in the original complaint and to add YRC Logistics as a defendant in this case.

Respectfully submitted,

By: /s/ Larry A. Golston Jr.
Larry A. Golston, Jr.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email: larry.golston@beasleyallen.com
Larry A. Golston Jr., Esq.

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

By:   /s/ Larry A. Golston Jr.
Larry A. Golston, Jr.


Shauna Johnson Clark
Cathryn L. Blaine
Carolanda Bremond
Kelley Edwards
**FULBRIGHT & JAWORSKI, LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095
(713) 651-5151 (telephone)
(713) 651-5246 (facsimile)

Charles A. Stewart, III
T. Matthew Miller
**BRADLEY, ARANT, ROSE
& WHITE, LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8303 (telephone)
(205) 488-6303 (facsimile)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MERIDIAN I.Q. SERVICES, INC. (d.b.a MERIDIAN I.Q.), <br><br> Defendant. | CIVIL ACTION NO.: <br> 2:07-cv-00425-MHT |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now Deshawn Bailey pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the above-lawsuit.

I hereby specifically authorize the named Plaintiff(s), along with counsel of record for the names Plaintiff(s), as my agent to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to negotiate and/or settle any and all compensation claim(s) I have against Meridian I.Q. Services, Inc. d/b/a Meridian I.Q., Defendant in this lawsuit.

_DeShawn Bailey_
Name

_10/10/07_
Date

EXHIBIT 1

By: /s/ Larry A. Golston Jr.

Larry A. Golston, Jr.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email: larry.golston@beasleyallen.com
Larry A. Golston Jr., Esq.

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

By: /s/ Larry A. Golston Jr.
Larry A. Golston, Jr.

Charles A. Stewart, III
T. Matthew Miller
**BRADLEY, ARANT, ROSE**
**& WHITE, LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Shauna Johnson Clark
Cathryn L. Blaine
Carolanda Bremond
Kelley Edwards
**FULBRIGHT & JAWORSKI, LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) ) | CIVIL ACTION NO. : 2:07-cv-00425-MHT |
| MERIDIAN I.Q. SERVICES, INC. (d.b.a MERIDIAN I.Q.), ) ) ) ) | |
| Defendant. ) | |

### CONSENT TO BECOME PARTY PLAINTIFF

Comes now Preston Traylor pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the above-lawsuit.

I hereby specifically authorize the named Plaintiff(s), along with counsel of record for the names Plaintiff(s), as my agent to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to negotiate and/or settle any and all compensation claim(s) I have against Meridian I.Q. Services, Inc. d/b/a Meridian I.Q., Defendant in this lawsuit.

_Preston Traylor Jr_
Name

_10-10-2007_
Date

**EXHIBIT 2**

           By:    /s/ Larry A. Golston Jr.

Larry A. Golston, Jr.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email: larry.golston@beasleyallen.com
Larry A. Golston Jr., Esq.

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

           By:    /s/ Larry A. Golston Jr.
                   Larry A. Golston, Jr.

Charles A. Stewart, III
T. Matthew Miller
**BRADLEY, ARANT, ROSE
& WHITE, LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Shauna Johnson Clark
Cathryn L. Blaine
Carolanda Bremond
Kelley Edwards
**FULBRIGHT & JAWORSKI, LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>)<br>MERIDIAN I.Q. SERVICES, INC. )<br>(d.b.a MERIDIAN I.Q.),  )<br>)<br>Defendant.  ) | CIVIL ACTION NO. :<br>2:07-cv-00425-MHT |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now Kelvin Jones pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the above-lawsuit.

I hereby specifically authorize the named Plaintiff(s), along with counsel of record for the names Plaintiff(s), as my agent to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to negotiate and/or settle any and all compensation claim(s) I have against Meridian I.Q. Services, Inc. d/b/a Meridian I.Q., Defendant in this lawsuit.

_Kelvin B. Jones_
Name

_10/10/07_
Date


EXHIBIT 3

By:   /s/ Larry A. Golston Jr.

Larry A. Golston, Jr.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email: larry.golston@beasleyallen.com
Larry A. Golston Jr., Esq.

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

By:   /s/ Larry A. Golston Jr.
         Larry A. Golston, Jr.

Charles A. Stewart, III
T. Matthew Miller
**BRADLEY, ARANT, ROSE
 & WHITE, LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Shauna Johnson Clark
Cathryn L. Blaine
Carolanda Bremond
Kelley Edwards
**FULBRIGHT & JAWORSKI, LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77070-3095