IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated )<br>)<br>)<br>)<br>PLAINTIFFS,            )<br>)<br>v.                              )<br>)<br>MERIDIAN IQ SERVICS, INC. (dba MERIDIAN I.Q.),      )<br>)<br>DEFENDANT.         ) | CIVIL ACTION NO.<br>2:07-CV-425-MHT |

**DEFENDANT'S MOTION FOR A MORE
DEFINITE STATEMENT AND REQUEST FOR
<u>OPPORTUNITY TO RESPOND</u>**

Plaintiffs Javaris Vandiver and Larry King have filed a Motion for Leave to Amend Complaint and Add Parties (Doc. No. 24), a Motion to Facilitate Class Notice pursuant to 29 U.S.C. §216(b) (Doc. No. 25) and a Memorandum in Support of Motion to Facilitate Notice (Doc. No. 26).  Defendant requests the opportunity to respond to each of these Motions.

Defendant also requests that the Court order Plaintiffs to file a copy of their proposed Amended Complaint.  In their Motion for Leave to Amend Complaint and Add Parties (Doc. No. 24), Plaintiffs state that they "seek to add common law claims concerning their failure to receive overtime pay in addition to their FLSA

- 2 -

claims." Plaintiffs do not specify the common law claims they seek to add and do not attach a proposed Amended Complaint. This makes it difficult for Defendant to prepare an informed response. Middle District Local Rule 15.1 provides that "[a] party who moves to amend the pleadings shall attach the original of the amendment, and one copy, to the Motion." While a failure to comply with this Rule is not a ground for denial of the Motion itself, it does suggest that Plaintiffs should be required to comply by filing the proposed Amendment.

WHEREFORE, Defendant respectfully requests that this Court order Plaintiffs to supplement their Motion to Amend the Complaint by filing a copy of the proposed Amendment. Defendant also requests the opportunity to respond to Plaintiffs' Motions and would request that the Court enter a briefing schedule in that regard.

Respectfully submitted,

/s/ T. Matthew Miller
One of the Attorneys for Defendant

OF COUNSEL
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Alabama Center for Commerce
401 Adams Avenue Suite 780

- 3 -

Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Shauna Johnson Clark, *Pro Hac Vice*
Cathryn Lynn Blaine, *Pro Hac Vice*
Carolanda Bremond, *Pro Hac Vice*
Kelley Edwards, *Pro Hac Vice*
Fulbright & Jaworksi, L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Wilson Daniel Miles, III
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Larry A. Golston
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

/s/ T. Matthew Miller

- 4 -