IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER and LARRY KING, etc., )<br>)<br>    Plaintiffs, )<br>) <br>    v. )<br>)<br>MERIDIAN I.Q. SERVICES, )<br>INC., d/b/a MERIDIAN I.Q., )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:07cv425-MHT |

ORDER

It is ORDERED that the motion to facilitate class notice (Doc. No. 25) is set for submission, without oral argument, on November 2, 2007, with all briefs due by said date.

DONE, this the 19th day of October, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE