IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER and LARRY KING, etc., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:07cv425-MHT ) |
| MERIDIAN I.Q. SERVICES, INC., d/b/a MERIDIAN I.Q., | ) ) ) |
| Defendant. | ) |

# ORDER

It is ORDERED as follows:

(1) The request for opportunity to respond (Doc. No. 27) is denied as moot. Defendant has been given an opportunity to respond.

(2) The motion for more definite statement (Doc. No. 27) is granted to the extent that plaintiffs are to file a copy of their proposed amended complaint by no later than October 24, 2007.

DONE, this the 19th day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE