IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAVARIS VANDIVER and | ) | |
| LARRY KING, etc., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv425-MHT |
| | ) | |
| MERIDIAN I.Q. SERVICES, | ) | |
| INC., d/b/a MERIDIAN I.Q., | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED that the amended motion for leave to amend complaint and add parties (Doc. No. 28) is set for submission, without oral argument, on November 2, 2007, with all briefs due by said date.

DONE, this the 22nd day of October, 2007.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE