IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, et al.,  ) <br>     ) <br>   Plaintiffs,  ) <br>     ) <br>   v.  ) <br>     ) <br> MERIDIAN I.Q. SERVICES,  ) <br> INC. (d/b/a MERIDIAN I.Q.)  ) <br> and YRC LOGISTICS SERVICES,  ) <br> INC. (d/b/a YRC LOGISTICS),  ) <br>     ) <br>   Defendants.  ) | CIVIL ACTION NO. <br> 2:07cv425-MHT |

ORDER

It is ORDERED that the motion for leave to amend and add parties (Doc. No. 24) and the amended motion for leave to amend complaint and add parties (Doc. No. 28) are granted.

DONE, this the 26th day of November, 2007.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE