AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama - Northern Division__

Javaris Vandiver, Larry King, Deshawn Bailey, Preston Traylor, and Kelvin Jones, et al.

V.

Meridian I.Q. Services, Inc. (dba Meridian I.Q.), YRC Logistics Services, Inc., (dba YRC Logistics)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07-cv-00425-MHT

TO: (Name and address of Defendant)

YRC Logistics Services, Inc.
(dba YRC Logistics)
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry A. Golston, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
272 Commerce Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              11-29-07

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFIED MAIL

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
*Attorneys at Law*
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
Address Service Requested



7160 3901 9845 1855 7748

RETURN RECEIPT REQUESTED




YRC Logistics Services, Inc.
(dba YRC Logistics)
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

