**2. Article Number**

7160 3901 9845 1855 7748

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☒ Yes

**1. Article Addressed to:**

YRC Logistics Services, Inc.
(dba YRC Logistics)
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): The Corporation Company
B. Date of Delivery: 12/7/07
C. Signature
X The Corporation Company
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

PS Form 3811, January 2005    Domestic Return Receipt    2:07-CV-00425-MHT