## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JAVARIS VANDIVER, LARRY KING, on behalf of themselves and all others similarly situated,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No. 2:07 CV 425-MHT |
| **MERIDIAN I.Q. SERVICES INC. (d/b/a MERIDIAN IQ), YRC LOGISTICS SERVICES INC. (d/b/a YRC LOGISTICS),** | § § § § § § | |
| **Defendant.** | § | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

*The following entities are hereby reported:*

Meridian IQ Services, Inc.        (Defendant)

YRC Logistics Services, Inc.     (Defendant, formerly known as Meridian IQ)

YRC Worldwide Inc.                (Parent corporation)

1/1570051.1

Respectfully submitted,

MERIDIAN IQ SERVICES INC. AND YRC LOGISTICS SERVICES INC.

/s/ T. Matthew Miller
Charles A. Stewart, III
T. Matt Miller
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8303 (telephone)
((205) 488-6303 (facsimile)

*Local Counsel for Defendants Meridian IQ Services Inc. and YRC Logistics Services Inc.*

Shauna Johnson Clark*
Cathryn L. Blaine*
Carolanda Bremond*
Kelley Edwards*
         * *Admitted pro hac vice*
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

*Counsel for Defendants Meridian IQ Services Inc. and YRC Logistics Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Wilson Daniel Miles, III
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Larry A. Golston
Beasley Allen Crow Methvin Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

/s/ T. Matthew Miller