## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JAVARIS VANDIVER, et al.,** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| **MERIDIAN I.Q. SERVICES, INC.** ) | **2:07-cv425-MHT(WO)** |
| **(d/b/a MERIDIAN I.Q.) and YRC** ) | |
| **LOGISTICS SERVICES, INC.** ) | |
| **(d/b/a YRC LOGISTICS),** ) | |
| ) | |
| **DEFENDANTS** | |

### JOINT MOTION FOR LEAVE TO FILE AGREEMENTS UNDER SEAL

Plaintiffs Javaris Vandiver, Larry King, Deshawn Bailey, Preston Traylor and Kelvin Jones and Defendants, Meridian I.Q. Services, Inc. and YRC Logistics Services, Inc. ("Defendants") jointly move the Court for leave to file agreements under seal. The parties have previously advised the Court that they have reached an agreement to settle this matter, which involves claims brought by Plaintiffs under the Fair Labor Standards Act ("FLSA"). On January 7, 2008, the Court entered a Judgment dismissing this action with prejudice. (Doc. 43).

Agreements settling FLSA claims require court approval. *See e.g., Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties are separately filing a joint motion for approval of the settlement; however, they wish

1

to keep the terms of their agreements confidential. The parties thus request approval to file their settlement agreements under seal for the Court's approval.

    Respectfully submitted this 1st day of February, 2008.

Respectfully submitted,

MERIDIAN IQ SERVICES INC. AND YRC LOGISTICS SERVICES INC.


/s/ T. Matthew Miller
Charles A. Stewart, III
T. Matt Miller
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8303 (telephone)
((205) 488-6303 (facsimile)

*Local Counsel for Defendants Meridian IQ Services Inc. and YRC Logistics Services Inc.*

Shauna Johnson Clark*
Cathryn L. Blaine*
Carolanda Bremond*
Kelley Edwards*
　　　* *Admitted pro hac vice*
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

*Counsel for Defendants Meridian IQ Services Inc. and YRC Logistics Services Inc.*

3

/s/ Larry A. Golston
Jere L. Beasley
Wilson Daniel Miles, III
Larry A. Golston
Beasley Allen Crow Methvin Portis &
Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

*Counsel for Plaintiffs*

4