IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv425-MHT |
| ) | |
| MERIDIAN I.Q. SERVICES, ) | |
| INC. (d/b/a MERIDIAN I.Q.) ) | |
| and YRC LOGISTICS SERVICES,) | |
| INC. (d/b/a YRC LOGISTICS),) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the joint motion for leave to file

agreements under seal (Doc. No. 44) is granted.

DONE, this the 4th day of February, 2008.

　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　UNITED STATES DISTRICT JUDGE