IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVARIS VANDIVER, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| ) | 2:07-cv425-MHT(WO) |
| MERIDIAN I.Q. SERVICES, INC. ) | |
| (d/b/a MERIDIAN I.Q.) and YRC ) | |
| LOGISTICS SERVICES, INC. ) | |
| (d/b/a YRC LOGISTICS), ) | |
| ) | |
| DEFENDANTS. ) | |

**JOINT MOTION TO MODIFY JUDGMENT OF DISMISSAL AND FOR ENTRY OF STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Javaris Vandiver, Larry King, Deshawn Bailey, Preston Traylor and Kelvin Jones and Defendants, Meridian I.Q. Services, Inc. and YRC Logistics Services, Inc. ("Defendants") jointly move the Court to modify its January 7, 2008, Judgment dismissing this action with prejudice and to approve the parties' settlement and enter the attached proposed Stipulated Judgment and Order of Dismissal With Prejudice. As grounds for the motion, the parties say as follows:

This case includes claims by Plaintiffs under the Fair Labor Standards Act and state law. The parties reached an agreement to resolve all claims in this case and notified the Court. After receiving verbal notification that the parties had reached an agreement to resolve the case, the Court issued a Judgment on January

7, 2008, dismissing the case with prejudice with leave for the parties to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal within 45 days after the entry of the Judgment.

Given that this case involves claims under the FLSA, the parties respectfully seek Court approval of the settlement and the entry of a stipulated judgment and an order of dismissal with prejudice. The parties have exchanged settlement agreements and all parties have executed the agreements. Executed copies of the agreements are attached *under seal* as Exhibit "A." The pleadings and settlement agreements reflect that this litigation involves bona fide disputes of both law and fact, including, but not limited to, disputes as to coverage, liability, and facts. The parties believe that the settlements reflected in the agreements are fair and equitable to all parties involved.

Therefore, the parties jointly move the Court to approve the settlement by entering the Stipulated Judgment and Order of Dismissal with Prejudice.

Submitted this 7th day of February, 2008.

Respectfully submitted,

MERIDIAN IQ SERVICES INC. AND
YRC LOGISTICS SERVICES INC.

_/s/ Angela R. Rogers_
Charles A. Stewart III
Angela R. Rogers
BRADLEY ARANT ROSE & WHITE
The Alabama Center for Commerce
401 Adams Avenue
Montgomery, Alabama 36104
(334) 956-7700 (telephone)
(334) 956-7701 (facsimile)

T. Matt Miller
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8303 (telephone)
(205) 488-6303 (facsimile)

*Local Counsel for Defendants
Meridian IQ Services Inc. and YRC
Logistics Services Inc.*

Shauna Johnson Clark*
Cathryn L. Blaine*
Carolanda Bremond*
Kelley Edwards*
      * *Admitted pro hac vice*

FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Counsel for Defendants*
*Meridian IQ Services Inc. and YRC*
*Logistics Services Inc.*

/s/ Larry A. Golston
Jere L. Beasley
Wilson Daniel Miles, III
Larry A. Golston
Beasley Allen Crow Methvin Portis &
   Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

*Counsel for Plaintiffs*

Exhibit B

Case 2:07-cv-00425-MHT-TFM    Document 46-3    Filed 02/07/2008    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAVARIS VANDIVER, et al., | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| MERIDIAN I.Q. SERVICES, INC. | ) | 2:07-cv425-MHT(WO) |
| (d/b/a MERIDIAN I.Q.) and YRC | ) | |
| LOGISTICS SERVICES, INC. | ) | |
| (d/b/a YRC LOGISTICS), | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER MODIFYING JUDGMENT AND ENTERING STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act and state law brought by Plaintiffs Javaris Vandiver, Larry King, Deshawn Bailey, Preston Traylor and Kelvin Jones ("Plaintiffs") against Defendants Meridian I.Q. Services, Inc. and YRC Logistics Services, Inc. ("Defendants").

The parties reached an agreement to resolve all claims in this case and notified the Court. After receiving verbal notification that the parties had reached an agreement to resolve the case, the Court issued a Judgment on January 7, 2008 (Doc. 43) dismissing the case with prejudice with leave for the parties to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal within 45 days. Given that this case involves claims under the FLSA, the

1

parties seek Court approval of the settlement and the entry of a stipulated judgment and an order of dismissal with prejudice.

The parties have exchanged settlement agreements, have advised the Court as to the terms of the agreements and the Court has reviewed, *in camera*, copies of the confidential Settlement Agreements and Releases submitted under seal. The parties have jointly requested that this Court approve the settlement, enter this stipulated judgment and modify its January 7, 2008, Judgment.

Following an examination of the pleadings and settlement agreements, this Court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, disputes as to coverage, liability, and facts. Having reviewed the settlement agreements agreed upon by the parties, this Court finds that the settlement agreements proposed by the parties are fair and equitable to all parties involved. Therefore, the Court approves the settlement and the parties are hereby ordered to finalize the settlement through the exchange of consideration. Based upon this resolution by the parties, all claims Plaintiffs have or may have arising out of or relating to this lawsuit, including, but not limited to, state and federal law claims and any claims under the Fair Labor Standards Act for wages, overtime, liquidated damages, attorney's fees, costs, expenses or other relief, award or damages are hereby resolved and dismissed with prejudice.

The Court's January 7, 2008, Judgment dismissing this case with prejudice is modified as set out herein. Each party is to bear its own costs, fees and expenses except as otherwise provided for in the settlement agreements between the parties.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE