IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAVARIS VANDIVER, et al.,      )
                               )
    Plaintiffs,                )
                               )     CIVIL ACTION NO.
    v.                         )       2:07cv425-MHT
                               )
MERIDIAN I.Q. SERVICES,        )
INC. (d/b/a MERIDIAN I.Q.)     )
and YRC LOGISTICS SERVICES,    )
INC. (d/b/a YRC LOGISTICS),    )
                               )
    Defendants.                )
```

### ORDER

By oral agreement of the parties, it is ORDERED that the joint motion to modify judgment of dismissal and for entry of stipulated judgment and order of dismissal with prejudice (Doc. No. 46) is set for hearing on February 20, 2008, at 11:30 a.m.  Counsel for defendants are to arrange for the hearing to be conducted by telephone. Plaintiffs are to be available by telephone so that they can give testimony.

DONE, this the 11th day of February, 2008.

                                        /s/   Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE